Daniel L. Krishel (SB No. 149633)
**KRISHEL LAW OFFICES**
22837 Ventura Blvd. #304
Woodland Hills, CA 91364
Phone: (818) 883-8759

Attorney for Defendant
ASSET FORECLOSURE
SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN GAGE<br><br>  Plaintiff,<br><br>v.<br><br>AT HOME CAPITAL et. al.<br><br>  Defendants. | CASE NO. CV 09-3489 CRB<br><br>DECLARATION OF ASSET FORECLOSURE SERVICES RE NONMONETARY STATUS (CIVIL CODE SECTION 2924(l)) |

## DECLARATION OF KELLI ESPINOZA

I, Kelli Espinoza, declare as follows:

1. I am employed as the Foreclosure Manager by defendant Asset Foreclosure Services, Inc. ("AFS") and have been employed in that capacity for approximately three years and one half years. I have personal knowledge of the following and could competently testify thereto. This declaration of non monetary status is submitted pursuant to California Civil Code Section 29241.

2. AFS is the trustee under the deed of trust that is the subject of this action. AFS maintains a reasonable belief that it has been named as a defendant in the proceeding solely in its capacity as a trustee under the deed of trust. AFS maintains the reasonable belief that it has not been named as a defendant due to any acts or omissions on its part in the performance of its duties as trustee. AFS maintains this belief because other than acting in the capacity of trustee, AFS has no financial or other interest in the subject property and further, AFS believes that it has complied with all applicable laws concerning its trustee status and activities surrounding this property. AFS agrees to be bound by whatever order or judgment is issued by the court regarding the subject deed of trust.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 4th day of November 2009, at Los Angeles, California.

_/s/ Kelli Espinoza_
KELLI ESPINOZA

Declaration