1 | Edward G. Schloss (#102858)
   | 3637 Motor Avenue, Suite 220
2 | Los Angeles, California 90034
   | Tel: (310) 733-4488; Fax: (310) 836-4888
3 | Email: <egs2@ix.netcom.com>
   | C604/bb
4

5 | Attorneys for Defendants
   | BAYVIEW LOAN SERVICING, LLC and IB PROPERTY HOLDINGS, LLC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLYN GAGE, | Case No. CV09-3489 CRB |
| Plaintiff | ANSWER BY DEFENDANTS BAYVIEW LOAN SERVICING, LLC AND IB PROPERTY HOLDINGS, LLC TO PLAINTIFF'S COMPLAINT |
| vs | |
| AT HOME CAPITAL, et al, | |
| Defendants. | |
| | Complaint Filed: July 29, 2009 |

In answer to Plaintiff CAROLYN GAGE'S Complaint, Defendants BAYVIEW LOAN

SERVICING, LLC and IB PROPERTY HOLDINGS, LLC TO PLAINTIFF'S COMPLAINT

(hereinafter "ANSWERING DEFENDANTS"), and no other defendant, allege:

    1. Answering Paragraph 1 of the Complaint, ANSWERING DEFENDANTS are without

sufficient knowledge or information to form a belief as to the truth of the allegations contained in

said paragraph, and on that basis deny, specifically and generally, each and every allegation

contained therein.

-1-

1    2. Answering Paragraph 2 of the Complaint, ANSWERING DEFENDANTS are without
2  sufficient knowledge or information to form a belief as to the truth of the allegations contained in
3  said paragraph, and on that basis deny, specifically and generally, each and every allegation
4  contained therein.

5    3. Answering Paragraph 3 of the Complaint, ANSWERING DEFENDANTS are without
6  sufficient knowledge or information to form a belief as to the truth of the allegations contained in
7  said paragraph, and on that basis deny, specifically and generally, each and every allegation
8  contained therein.

9    4. Answering Paragraph 4 of the Complaint, ANSWERING DEFENDANTS are without
10  sufficient knowledge or information to form a belief as to the truth of the allegations contained in
11  said paragraph, and on that basis deny, specifically and generally, each and every allegation
12  contained therein.

13    5. Answering Paragraph 5 of the Complaint, ANSWERING DEFENDANTS admit all
14  allegations therein.

15    6. Answering Paragraph 6 of the Complaint, ANSWERING DEFENDANTS are without
16  sufficient knowledge or information to form a belief as to the truth of the allegations contained in
17  said paragraph, and on that basis deny, specifically and generally, each and every allegation
18  contained therein.

19    7. Answering Paragraph 7 of the Complaint, ANSWERING DEFENDANTS admit all
20  allegations therein.

21    8. Answering Paragraph 8 of the Complaint, ANSWERING DEFENDANTS are without
22  sufficient knowledge or information to form a belief as to the truth of the allegations contained in
23  said paragraph, and on that basis deny, specifically and generally, each and every allegation
24  contained therein.

25    9. Answering Paragraph 9 of the Complaint, ANSWERING DEFENDANTS admit all
26  allegations therein.

27    10. Answering Paragraph 10 of the Complaint, ANSWERING DEFENDANTS admit all
28  allegations therein.

1    11. Answering Paragraph 11 of the Complaint, ANSWERING DEFENDANTS are
2    without sufficient knowledge or information to form a belief as to the truth of the allegations
3    contained in said paragraph, and on that basis deny, specifically and generally, each and every
4    allegation contained therein.

5    12. Answering Paragraph 12 of the Complaint, ANSWERING DEFENDANTS are
6    without sufficient knowledge or information to form a belief as to the truth of the allegations
7    contained in said paragraph, and on that basis deny, specifically and generally, each and every
8    allegation contained therein.

9    13. Answering Paragraph 13 of the Complaint, ANSWERING DEFENDANTS are
10   without sufficient knowledge or information to form a belief as to the truth of the allegations
11   contained in said paragraph, and on that basis deny, specifically and generally, each and every
12   allegation contained therein.

13   14. Answering Paragraph 14 of the Complaint, ANSWERING DEFENDANTS are
14   without sufficient knowledge or information to form a belief as to the truth of the allegations
15   contained in said paragraph, and on that basis deny, specifically and generally, each and every
16   allegation contained therein.

17   15. Answering Paragraph 15 of the Complaint, ANSWERING DEFENDANTS are
18   without sufficient knowledge or information to form a belief as to the truth of the allegations
19   contained in said paragraph, and on that basis deny, specifically and generally, each and every
20   allegation contained therein.

21   16. Answering Paragraph 16 of the Complaint, ANSWERING DEFENDANTS are
22   without sufficient knowledge or information to form a belief as to the truth of the allegations
23   contained in said paragraph, and on that basis deny, specifically and generally, each and every
24   allegation contained therein.

25   17. Answering Paragraph 17 of the Complaint, ANSWERING DEFENDANTS are
26   without sufficient knowledge or information to form a belief as to the truth of the allegations
27   contained in said paragraph, and on that basis deny, specifically and generally, each and every
28   allegation contained therein.

1        18. Answering Paragraph 18 of the Complaint, ANSWERING DEFENDANTS admit that

2  this action arises out of a loan to refinance the subject property and subsequent foreclosure

3  related activity but deny that Plaintiff is the rightful owner.

4        19. Answering Paragraph 19 of the Complaint, ANSWERING DEFENDANTS are

5  without sufficient knowledge or information to form a belief as to the truth of the allegations

6  contained in said paragraph, and on that basis deny, specifically and generally, each and every

7  allegation contained therein.

8        20. Answering Paragraph 20 of the Complaint, ANSWERING DEFENDANTS are

9  without sufficient knowledge or information to form a belief as to the truth of the allegations

10  contained in said paragraph, and on that basis deny, specifically and generally, each and every

11  allegation contained therein.

12        21. Answering Paragraph 21 of the Complaint, ANSWERING DEFENDANTS admit all

13  allegations therein.

14        22. Answering Paragraph 22 of the Complaint, ANSWERING DEFENDANTS are

15  without sufficient knowledge or information to form a belief as to the truth of the allegations

16  contained in said paragraph, and on that basis deny, specifically and generally, each and every

17  allegation contained therein.

18        23. Answering Paragraph 23 of the Complaint, ANSWERING DEFENDANTS deny,

19  specifically and generally, each and every allegation contained therein.

20        24. Answering Paragraph 24 of the Complaint, ANSWERING DEFENDANTS deny,

21  specifically and generally, each and every allegation contained therein.

22        25. Answering Paragraph 25 of the Complaint, ANSWERING DEFENDANTS deny,

23  specifically and generally, each and every allegation contained therein as to the conduct of

24  ANSWERING DEFENDANTS.  ANSWERING DEFENDANTS are without sufficient

25  knowledge or information to form a belief as to the truth of the allegations contained in said

26  paragraph as to the other defendants, and on that basis deny, specifically and generally, each and

27  every other allegation contained therein.

28

1   26. Answering Paragraph 26 of the Complaint, ANSWERING DEFENDANTS admit all
2   allegations therein.

3   27. Answering Paragraph 27 of the Complaint, ANSWERING DEFENDANTS admit all
4   allegations therein.

5   28. Answering Paragraph 28 of the Complaint, ANSWERING DEFENDANTS admit all
6   allegations therein.

7   29. Answering Paragraph 29 of the Complaint, ANSWERING DEFENDANTS are
8   without sufficient knowledge or information to form a belief as to the truth of the allegations
9   contained in said paragraph, and on that basis deny, specifically and generally, each and every
10  allegation contained therein.

11  30. Answering Paragraph 30 of the Complaint, ANSWERING DEFENDANTS admit all
12  allegations therein.

13  31. Answering Paragraph 31 of the Complaint, ANSWERING DEFENDANTS admit all
14  allegations therein.

15  32. Answering Paragraph 32 of the Complaint, ANSWERING DEFENDANTS deny,
16  specifically and generally, each and every allegation contained therein.

17  33. Answering Paragraph 33 of the Complaint, ANSWERING DEFENDANTS admit all
18  allegations therein.

19  34. Answering Paragraph 34 of the Complaint, ANSWERING DEFENDANTS deny,
20  specifically and generally, each and every allegation contained therein.

21  35. Answering Paragraph 35 of the Complaint, ANSWERING DEFENDANTS admit that
22  "Asset recorded a Notice of Trustee's Sale in connection with the subject property for default
23  under the above-referenced deed of trust," but deny, specifically and generally, that this occurred
24  "on or about June 8, 2007."

25  36. Answering Paragraph 36 of the Complaint, ANSWERING DEFENDANTS deny,
26  specifically and generally, each and every allegation contained therein.

27  37. Answering Paragraph 37 of the Complaint, ANSWERING DEFENDANTS deny,
28  specifically and generally, each and every allegation contained therein.

-5-

1  38. Answering Paragraph 38 of the Complaint, ANSWERING DEFENDANTS deny,
2  specifically and generally, each and every allegation contained therein.

3  39. Answering Paragraph 39 of the Complaint, ANSWERING DEFENDANTS admit all
4  allegations therein.

5  40. Paragraph 40 of the Complaint does not require an answer.

6  41. Answering Paragraph 41 of the Complaint, ANSWERING DEFENDANTS are
7  without sufficient knowledge or information to form a belief as to the truth of the allegations
8  contained in said paragraph, and on that basis deny, specifically and generally, each and every
9  allegation contained therein.

10  42. Answering Paragraph 42 of the Complaint, ANSWERING DEFENDANTS are
11  without sufficient knowledge or information to form a belief as to the truth of the allegations
12  contained in said paragraph, and on that basis deny, specifically and generally, each and every
13  allegation contained therein.

14  43. Answering Paragraph 43 of the Complaint, ANSWERING DEFENDANTS deny,
15  specifically and generally, each and every allegation contained therein as to the conduct of
16  ANSWERING DEFENDANTS. ANSWERING DEFENDANTS are without sufficient
17  knowledge or information to form a belief as to the truth of the allegations contained in said
18  paragraph as to the other defendants, and on that basis deny, specifically and generally, each and
19  every other allegation contained therein.

20  44. Answering Paragraph 44 of the Complaint, ANSWERING DEFENDANTS deny,
21  specifically and generally, each and every allegation contained therein as to the conduct of
22  ANSWERING DEFENDANTS. ANSWERING DEFENDANTS are without sufficient
23  knowledge or information to form a belief as to the truth of the allegations contained in said
24  paragraph as to the other defendants, and on that basis deny, specifically and generally, each and
25  every other allegation contained therein.

26  45. Answering Paragraph 45 of the Complaint, ANSWERING DEFENDANTS deny,
27  specifically and generally, each and every allegation contained therein as to the conduct of
28  ANSWERING DEFENDANTS. ANSWERING DEFENDANTS are without sufficient

-6-

1 │ knowledge or information to form a belief as to the truth of the allegations contained in said

2 │ paragraph as to the other defendants, and on that basis deny, specifically and generally, each and

3 │ every other allegation contained therein.

4 │ 46. Answering Paragraph 46 of the Complaint, ANSWERING DEFENDANTS deny,

5 │ specifically and generally, each and every allegation contained therein.

6 │ 47. Answering Paragraph 47 of the Complaint, ANSWERING DEFENDANTS deny,

7 │ specifically and generally, each and every allegation contained therein.

8 │ 48. Answering Paragraph 48 of the Complaint, ANSWERING DEFENDANTS deny,

9 │ specifically and generally, each and every allegation contained therein.

10 │ 49. Answering Paragraph 49 of the Complaint, ANSWERING DEFENDANTS deny,

11 │ specifically and generally, each and every allegation contained therein.

12 │ 50. Paragraph 50 of the Complaint does not require an answer.

13 │ 51. Answering Paragraph 51 of the Complaint, ANSWERING DEFENDANTS are

14 │ without sufficient knowledge or information to form a belief as to the truth of the allegations

15 │ contained in said paragraph, and on that basis deny, specifically and generally, each and every

16 │ allegation contained therein.

17 │ 52. Answering Paragraph 52 of the Complaint, ANSWERING DEFENDANTS deny,

18 │ specifically and generally, each and every allegation contained therein.

19 │ 53. Paragraph 53 of the Complaint does not require an answer.

20 │ 54. Answering Paragraph 54 of the Complaint, ANSWERING DEFENDANTS deny,

21 │ specifically and generally, each and every allegation contained therein. ANSWERING

22 │ DEFENDANTS allege that the subdivisions of Civil Code section 1916.7 are designated by

23 │ lower-case letters, not numbers, and that "Civil Code Section 1916.7(10)" does not exist.

24 │ 55. Answering Paragraph 55 of the Complaint, ANSWERING DEFENDANTS deny,

25 │ specifically and generally, each and every allegation contained therein. ANSWERING

26 │ DEFENDANTS allege that the subdivisions of Civil Code section 1916.7 are designated by

27 │ lower-case letters, not numbers, and that "Civil Code Section 1916.7(10)" does not exist.

28 │

1    56. Answering Paragraph 55 of the Complaint, ANSWERING DEFENDANTS deny,

2    specifically and generally, each and every allegation contained therein.  ANSWERING

3    DEFENDANTS allege that the subdivision (a) of Civil Code section 1916.7 contains only a

4    single, unnumbered paragraph, and that "Civil Code Section 1916.7(a)(8)" does not exist.

5    57. Answering Paragraph 57 of the Complaint, ANSWERING DEFENDANTS deny,

6    specifically and generally, each and every allegation contained therein.

7    58. Paragraph 58 of the Complaint does not require an answer.

8    59. Answering Paragraph 59 of the Complaint, ANSWERING DEFENDANTS deny,

9    specifically and generally, each and every allegation contained therein.

10   60. Answering Paragraph 60 of the Complaint, ANSWERING DEFENDANTS deny,

11   specifically and generally, each and every allegation contained therein.

12   61. Paragraph 61 of the Complaint does not require an answer.

13   62. Answering Paragraph 62 of the Complaint, ANSWERING DEFENDANTS are

14   without sufficient knowledge or information to form a belief as to the truth of the allegations

15   contained in said paragraph, and on that basis deny, specifically and generally, each and every

16   allegation contained therein.

17   63. Answering Paragraph 63 of the Complaint, ANSWERING DEFENDANTS deny,

18   specifically and generally, each and every allegation contained therein.

19   64. Paragraph 64 of the Complaint does not require an answer.

20   65. Answering Paragraph 65 of the Complaint, ANSWERING DEFENDANTS are

21   without sufficient knowledge or information to form a belief as to the truth of the allegations

22   contained in said paragraph, and on that basis deny, specifically and generally, each and every

23   allegation contained therein.

24   66. Answering Paragraph 66 of the Complaint, ANSWERING DEFENDANTS deny,

25   specifically and generally, each and every allegation contained therein.

26   67. Paragraph 67 of the Complaint does not require an answer.

27   68. Answering Paragraph 68 of the Complaint, ANSWERING DEFENDANTS deny,

28   specifically and generally, each and every allegation contained therein as to the conduct of

1  ANSWERING DEFENDANTS. ANSWERING DEFENDANTS are without sufficient

2  knowledge or information to form a belief as to the truth of the allegations contained in said

3  paragraph as to the other defendants, and on that basis deny, specifically and generally, each and

4  every other allegation contained therein.

5       69. Paragraph 69 of the Complaint does not require an answer.

6       70. Answering Paragraph 70 of the Complaint, ANSWERING DEFENDANTS are

7  without sufficient knowledge or information to form a belief as to the truth of the allegations

8  contained in said paragraph, and on that basis deny, specifically and generally, each and every

9  allegation contained therein.

10      71. Answering Paragraph 71 of the Complaint, ANSWERING DEFENDANTS deny,

11  specifically and generally, each and every allegation contained therein.

12      72. Answering Paragraph 72 of the Complaint, ANSWERING DEFENDANTS deny,

13  specifically and generally, each and every allegation contained therein.

14      73. Answering Paragraph 73 of the Complaint, ANSWERING DEFENDANTS deny,

15  specifically and generally, each and every allegation contained therein.

16      74. Paragraph 74 of the Complaint does not require an answer.

17      75. Answering Paragraph 75 of the Complaint, ANSWERING DEFENDANTS admit all

18  allegations therein.

19      76. Answering Paragraph 76 of the Complaint, ANSWERING DEFENDANTS admit all

20  allegations therein.

21      77. Answering Paragraph 77 of the Complaint, ANSWERING DEFENDANTS are

22  without sufficient knowledge or information to form a belief as to the truth of the allegations

23  contained in said paragraph, and on that basis deny, specifically and generally, each and every

24  allegation contained therein.

25      78. Answering Paragraph 78 of the Complaint, ANSWERING DEFENDANTS are

26  without sufficient knowledge or information to form a belief as to the truth of the allegations

27  contained in said paragraph, and on that basis deny, specifically and generally, each and every

28  allegation contained therein.

1    79. Answering Paragraph 79 of the Complaint, ANSWERING DEFENDANTS deny,

2    specifically and generally, each and every allegation contained therein.

3    80. Answering Paragraph 80 of the Complaint, ANSWERING DEFENDANTS deny,

4    specifically and generally, each and every allegation contained therein.

5    81. Paragraph 81 of the Complaint does not require an answer.

6    82. Answering Paragraph 82 of the Complaint, ANSWERING DEFENDANTS are

7    without sufficient knowledge or information to form a belief as to the truth of the allegations

8    contained in said paragraph, and on that basis deny, specifically and generally, each and every

9    allegation contained therein.

10   83. Answering Paragraph 83 of the Complaint, ANSWERING DEFENDANTS deny,

11   specifically and generally, each and every allegation contained therein.

12   84. Answering Paragraph 84 of the Complaint, ANSWERING DEFENDANTS deny,

13   specifically and generally, each and every allegation contained therein.

14   85. Answering Paragraph 85 of the Complaint, ANSWERING DEFENDANTS deny,

15   specifically and generally, each and every allegation contained therein.

16   86. Paragraph 86 of the Complaint does not require an answer.

17   87. Answering Paragraph 87 of the Complaint, ANSWERING DEFENDANTS are

18   without sufficient knowledge or information to form a belief as to the truth of the allegations

19   contained in said paragraph, and on that basis deny, specifically and generally, each and every

20   allegation contained therein.

21   88. Answering Paragraph 88 of the Complaint, ANSWERING DEFENDANTS deny,

22   specifically and generally, each and every allegation contained therein.

23   89. Paragraph 89 of the Complaint does not require an answer.

24   90. Answering Paragraph 90 of the Complaint, ANSWERING DEFENDANTS admit all

25   allegations therein except for the word "nominal." ANSWERING DEFENDANTS allege that

26   the trust deed states "MERS is the beneficiary under this Security Instrument."

27   91. Answering Paragraph 91 of the Complaint, ANSWERING DEFENDANTS are

28   without sufficient knowledge or information to form a belief as to the truth of the allegations

-10-

1  contained in said paragraph, and on that basis deny, specifically and generally, each and every
2  allegation contained therein.

3      92. Answering Paragraph 92 of the Complaint, ANSWERING DEFENDANTS are
4  without sufficient knowledge or information to form a belief as to the truth of the allegations
5  contained in said paragraph, and on that basis deny, specifically and generally, each and every
6  allegation contained therein.

7      93. Answering Paragraph 93 of the Complaint, ANSWERING DEFENDANTS admit that
8  Plaintiff's home was foreclosed upon but are without sufficient knowledge or information to
9  form a belief as to the truth of the remaining allegations contained in said paragraph, and on that
10 basis deny, specifically and generally, each and every other allegation contained therein.

11     94. Answering Paragraph 94 of the Complaint, ANSWERING DEFENDANTS deny,
12 specifically and generally, each and every allegation contained therein.

13     95. Answering Paragraph 95 of the Complaint, ANSWERING DEFENDANTS deny,
14 specifically and generally, each and every allegation contained therein.

15     96. Paragraph 96 of the Complaint does not require an answer.

16     97. Answering Paragraph 97 of the Complaint, ANSWERING DEFENDANTS admit all
17 allegations therein.

18     98. Answering Paragraph 98 of the Complaint, ANSWERING DEFENDANTS admit that
19 the defendants had a duty to comply with all applicable federal and state laws, but are without
20 sufficient knowledge or information to form a belief as to the truth of the remaining allegations
21 contained in said paragraph, and on that basis deny, specifically and generally, each and every
22 other allegation contained therein.

23     99. Answering Paragraph 99 of the Complaint, ANSWERING DEFENDANTS admit all
24 allegations therein.

25     100. Answering Paragraph 100 of the Complaint, ANSWERING DEFENDANTS are
26 without sufficient knowledge or information to form a belief as to the truth of the allegations
27 contained in said paragraph, and on that basis deny, specifically and generally, each and every
28 allegation contained therein.

1    101. Answering Paragraph 101 of the Complaint, ANSWERING DEFENDANTS are

2    without sufficient knowledge or information to form a belief as to the truth of the allegations

3    contained in said paragraph, and on that basis deny, specifically and generally, each and every

4    allegation contained therein.

5    102. Answering Paragraph 102 of the Complaint, ANSWERING DEFENDANTS deny,

6    specifically and generally, each and every allegation contained therein as to the conduct of

7    ANSWERING DEFENDANTS.  ANSWERING DEFENDANTS are without sufficient

8    knowledge or information to form a belief as to the truth of the allegations contained in said

9    paragraph as to the other defendants, and on that basis deny, specifically and generally, each and

10   every other allegation contained therein.

11   103. Answering Paragraph 103 of the Complaint, ANSWERING DEFENDANTS deny,

12   specifically and generally, each and every allegation contained therein.

13   104. Answering Paragraph 104 of the Complaint, ANSWERING DEFENDANTS are

14   without sufficient knowledge or information to form a belief as to the truth of the allegations

15   contained in said paragraph, and on that basis deny, specifically and generally, each and every

16   allegation contained therein.

17   105. Answering Paragraph 105 of the Complaint, ANSWERING DEFENDANTS deny,

18   specifically and generally, each and every allegation contained therein.

19   106. Answering Paragraph 106 of the Complaint, ANSWERING DEFENDANTS deny,

20   specifically and generally, each and every allegation contained therein.  ANSWERING

21   DEFENDANTS allege that punitive or exemplary damages are not available in California on a

22   claim for breach of the implied covenant of good faith and fair dealing unless the defendant is an

23   insurance company.

24   107. Paragraph 107 of the Complaint does not require an answer.

25   108. Answering Paragraph 108 of the Complaint, ANSWERING DEFENDANTS deny,

26   specifically and generally, each and every allegation contained therein.  ANSWERING

27   DEFENDANTS allege that Civil Code section 2923.5 was recently enacted and did not take

28

-12-

1   effect until September 2008, nearly a year after the foreclosure sale in October 2007 and nearly

2   two years after Plaintiff signed the promissory note and trust deed in November 2006.

3        109. Answering Paragraph 109 of the Complaint, ANSWERING DEFENDANTS deny,

4   specifically and generally, each and every allegation contained therein. ANSWERING

5   DEFENDANTS allege that Civil Code section 2923.5 was recently enacted and did not take

6   effect until September 2008, nearly a year after the foreclosure sale in October 2007 and nearly

7   two years after Plaintiff signed the promissory note and trust deed in November 2006.

8        110. Answering Paragraph 110 of the Complaint, ANSWERING DEFENDANTS deny,

9   specifically and generally, each and every allegation contained therein. ANSWERING

10  DEFENDANTS allege that Civil Code section 2923.5 was recently enacted and did not take

11  effect until September 2008, nearly a year after the foreclosure sale in October 2007 and nearly

12  two years after Plaintiff signed the promissory note and trust deed in November 2006.

13       111. Answering Paragraph 111 of the Complaint, ANSWERING DEFENDANTS deny,

14  specifically and generally, each and every allegation contained therein. ANSWERING

15  DEFENDANTS allege that Civil Code section 2923.5 was recently enacted and did not take

16  effect until September 2008, nearly a year after the foreclosure sale in October 2007 and nearly

17  two years after Plaintiff signed the promissory note and trust deed in November 2006.

18       112. Answering Paragraph 112 of the Complaint, ANSWERING DEFENDANTS deny,

19  specifically and generally, each and every allegation contained therein. ANSWERING

20  DEFENDANTS allege that Civil Code section 2923.5 was recently enacted and did not take

21  effect until September 2008, nearly a year after the foreclosure sale in October 2007 and nearly

22  two years after Plaintiff signed the promissory note and trust deed in November 2006.

23       113. Paragraph 113 of the Complaint does not require an answer.

24       114. Answering Paragraph 114 of the Complaint, ANSWERING DEFENDANTS deny,

25  specifically and generally, each and every allegation contained therein.

26       115. Answering Paragraph 115 of the Complaint, ANSWERING DEFENDANTS deny,

27  specifically and generally, each and every allegation contained therein.

28       116. Paragraph 116 of the Complaint does not require an answer.

-13-

1    117. Answering Paragraph 117 of the Complaint, ANSWERING DEFENDANTS admit
2    all allegations therein.

3    118. Answering Paragraph 118 of the Complaint, ANSWERING DEFENDANTS deny,
4    specifically and generally, each and every allegation contained therein.

5    119. Answering Paragraph 119 of the Complaint, ANSWERING DEFENDANTS deny,
6    specifically and generally, each and every allegation contained therein.

7    120. Answering Paragraph 120 of the Complaint, ANSWERING DEFENDANTS deny,
8    specifically and generally, each and every allegation contained therein.

9    121. Answering Paragraph 121 of the Complaint, ANSWERING DEFENDANTS deny,
10   specifically and generally, each and every allegation contained therein.

11   122. Answering Paragraph 122 of the Complaint, ANSWERING DEFENDANTS deny,
12   specifically and generally, each and every allegation contained therein.

13   123. Answering Paragraph 123 of the Complaint, ANSWERING DEFENDANTS deny,
14   specifically and generally, each and every allegation contained therein.

15   124. Paragraph 124 of the Complaint does not require an answer.

16   125. Answering Paragraph 125 of the Complaint, ANSWERING DEFENDANTS deny,
17   specifically and generally, each and every allegation contained therein as to the conduct of
18   ANSWERING DEFENDANTS. ANSWERING DEFENDANTS are without sufficient
19   knowledge or information to form a belief as to the truth of the allegations contained in said
20   paragraph as to the other defendants, and on that basis deny, specifically and generally, each and
21   every other allegation contained therein.

22   126. Answering Paragraph 126 of the Complaint, ANSWERING DEFENDANTS deny,
23   specifically and generally, each and every allegation contained therein.

24   127. Answering Paragraph 127 of the Complaint, ANSWERING DEFENDANTS deny,
25   specifically and generally, each and every allegation contained therein.

26   128. Paragraph 128 of the Complaint does not require an answer.

27   129. Answering Paragraph 129 of the Complaint, ANSWERING DEFENDANTS admit
28   all allegations therein.

-14-

130. Answering Paragraph 130 of the Complaint, ANSWERING DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny, specifically and generally, each and every allegation contained therein.

131. Answering Paragraph 131 of the Complaint, ANSWERING DEFENDANTS deny, specifically and generally, each and every allegation contained therein.

132. Answering Paragraph 132 of the Complaint, ANSWERING DEFENDANTS deny, specifically and generally, each and every allegation contained therein.

133. Answering Paragraph 133 of the Complaint, ANSWERING DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny, specifically and generally, each and every allegation contained therein.

134. Answering Paragraph 134 of the Complaint, ANSWERING DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny, specifically and generally, each and every allegation contained therein.

135. Answering Paragraph 135 of the Complaint, ANSWERING DEFENDANTS deny, specifically and generally, each and every allegation contained therein.

136. Answering Paragraph 136 of the Complaint, ANSWERING DEFENDANTS deny, specifically and generally, each and every allegation contained therein.

137. Answering Paragraph 137 of the Complaint, ANSWERING DEFENDANTS deny, specifically and generally, each and every allegation contained therein.

138. Paragraph 138 of the Complaint does not require an answer.

139. Answering Paragraph 139 of the Complaint, ANSWERING DEFENDANTS admit all allegations therein.

140. Answering Paragraph 140 of the Complaint, ANSWERING DEFENDANTS deny, specifically and generally, each and every allegation contained therein as to the conduct of ANSWERING DEFENDANTS.  ANSWERING DEFENDANTS are without sufficient

1 knowledge or information to form a belief as to the truth of the allegations contained in said

2 paragraph as to the other defendants, and on that basis deny, specifically and generally, each and

3 every other allegation contained therein.

4      141. Answering Paragraph 141 of the Complaint, ANSWERING DEFENDANTS deny,

5 specifically and generally, each and every allegation contained therein.

6      142. Answering Paragraph 142 of the Complaint, ANSWERING DEFENDANTS deny,

7 specifically and generally, each and every allegation contained therein.

8      143. Answering Paragraph 143 of the Complaint, ANSWERING DEFENDANTS are

9 without sufficient knowledge or information to form a belief as to the truth of the allegations

10 contained in said paragraph, and on that basis deny, specifically and generally, each and every

11 allegation contained therein.

12      144. Answering Paragraph 144 of the Complaint, ANSWERING DEFENDANTS are

13 without sufficient knowledge or information to form a belief as to the truth of the allegations

14 contained in said paragraph, and on that basis deny, specifically and generally, each and every

15 allegation contained therein.

16      145. Answering Paragraph 145 of the Complaint, ANSWERING DEFENDANTS deny,

17 specifically and generally, each and every allegation contained therein.

18      146. Answering Paragraph 146 of the Complaint, ANSWERING DEFENDANTS deny,

19 specifically and generally, each and every allegation contained therein.  ANSWERING

20 DEFENDANTS allege the punitive or exemplary damages are not available in a claim for

21 negligence or negligent misrepresentation.

22      147. Paragraph 147 of the Complaint does not require an answer.

23      148. Answering Paragraph 148 of the Complaint, ANSWERING DEFENDANTS are

24 without sufficient knowledge or information to form a belief as to the truth of the allegations

25 contained in said paragraph, and on that basis deny, specifically and generally, each and every

26 allegation contained therein.

27      149. Answering Paragraph 149 of the Complaint, ANSWERING DEFENDANTS deny,

28 specifically and generally, each and every allegation contained therein as to the conduct of

1  ANSWERING DEFENDANTS.  ANSWERING DEFENDANTS are without sufficient

2  knowledge or information to form a belief as to the truth of the allegations contained in said

3  paragraph as to the other defendants, and on that basis deny, specifically and generally, each and

4  every other allegation contained therein.

5      150. Answering Paragraph 150 of the Complaint, ANSWERING DEFENDANTS deny,

6  specifically and generally, each and every allegation contained therein.

7      151. Answering Paragraph 151 of the Complaint, ANSWERING DEFENDANTS admit

8  that the defendants had a duty of fair dealing but deny, specifically and generally, they had any

9  duty of loyalty to plaintiff.

10     152. Answering Paragraph 152 of the Complaint, ANSWERING DEFENDANTS deny,

11  specifically and generally, each and every allegation contained therein.

12     153. Answering Paragraph 153 of the Complaint, ANSWERING DEFENDANTS deny,

13  specifically and generally, each and every allegation contained therein.

14     154. Answering Paragraph 154 of the Complaint, ANSWERING DEFENDANTS deny,

15  specifically and generally, each and every allegation contained therein.

16     155. Paragraph 155 of the Complaint does not require an answer.

17     156. Answering Paragraph 156 of the Complaint, ANSWERING DEFENDANTS are

18  without sufficient knowledge or information to form a belief as to the truth of the allegations

19  contained in said paragraph, and on that basis deny, specifically and generally, each and every

20  allegation contained therein.

21     157. Answering Paragraph 157 of the Complaint, ANSWERING DEFENDANTS deny,

22  specifically and generally, each and every allegation contained therein.

23     158. Answering Paragraph 158 of the Complaint, ANSWERING DEFENDANTS deny,

24  specifically and generally, each and every allegation contained therein.

25     159. Answering Paragraph 159 of the Complaint, ANSWERING DEFENDANTS deny,

26  specifically and generally, each and every allegation contained therein.  ANSWERING

27  DEFENDANTS allege that Civil Code section 2923.5 was recently enacted and did not take

28

-17-

1  effect until September 2008, nearly a year after the foreclosure sale in October 2007 and nearly

2  two years after Plaintiff signed the promissory note and trust deed in November 2006.

3       160. Answering Paragraph 160 of the Complaint, ANSWERING DEFENDANTS deny,

4  specifically and generally, each and every allegation contained therein. ANSWERING

5  DEFENDANTS allege that Civil Code section 2923.5 was recently enacted and did not take

6  effect until September 2008, nearly a year after the foreclosure sale in October 2007 and nearly

7  two years after Plaintiff signed the promissory note and trust deed in November 2006.

8       161. Answering Paragraph 161 of the Complaint, ANSWERING DEFENDANTS deny,

9  specifically and generally, each and every allegation contained therein. ANSWERING

10  DEFENDANTS allege that Civil Code section 2923.5 was recently enacted and did not take

11  effect until September 2008, nearly a year after the foreclosure sale in October 2007 and nearly

12  two years after Plaintiff signed the promissory note and trust deed in November 2006.

13       162. Answering Paragraph 162 of the Complaint, ANSWERING DEFENDANTS deny,

14  specifically and generally, each and every allegation contained therein.

15       163. Answering Paragraph 163 of the Complaint, ANSWERING DEFENDANTS deny,

16  specifically and generally, each and every allegation contained therein.

17       164. Paragraph 164 of the Complaint does not require an answer.

18       165. Answering Paragraph 165 of the Complaint, ANSWERING DEFENDANTS deny,

19  specifically and generally, each and every allegation contained therein.

20                          **FIRST AFFIRMATIVE DEFENSE**

21       The Complaint, and each cause of action contained therein, fails to set forth facts

22  sufficient to state a cause of action against either of the ANSWERING DEFENDANTS.

23                          **SECOND AFFIRMATIVE DEFENSE**

24       Plaintiff, by her conduct, has waived any and all right to the recovery prayed for in her

25  Complaint.

26                          **THIRD AFFIRMATIVE DEFENSE**

27       Plaintiff, by her conduct, is estopped from seeking the relief prayed for in her Complaint.

28  \\\

-18-

1

**FOURTH AFFIRMATIVE DEFENSE**

2      If Plaintiff has been damaged at all by the activities alleged in her Complaint, which

3   damaged ANSWERING DEFENDANTS specifically deny, that damage resulted exclusively

4   from the actions of Plaintiff and/or other defendants and/or third parties over whom

5   ANSWERING DEFENDANTS had and have no power or control, and ANSWERING

6   DEFENDANTS are not responsible for the actions of those parties, or any damages resulting

7   therefrom.

8

**FIFTH AFFIRMATIVE DEFENSE**

9      Plaintiff's conduct demonstrates her own unclean hands that should bar her from any

10   equitable relief it is seeking in her Complaint.

11

**SIXTH AFFIRMATIVE DEFENSE**

12      Plaintiff's own conduct and voluntary acts or omissions proximity caused, or otherwise

13   contributed to the matter which Plaintiff now complains.

14

**SEVENTH AFFIRMATIVE DEFENSE**

15      Plaintiff is barred by the equitable doctrine of waiver from asserting any claim against

16   either of the ANSWERING DEFENDANTS.

17

**EIGHTH AFFIRMATIVE DEFENSE**

18      The Complaint, and each purported cause of action contained therein, is stated in

19   conclusory terms, and therefore there may be affirmative defenses that are not discernible from

20   the present state of the pleadings.  Accordingly, ANSWERING DEFENDANTS hereby reserve

21   the right to add additional affirmative defenses if and to the extent such affirmative defenses are

22   applicable to this action.

23

**NINTH AFFIRMATIVE DEFENSE**

24      Plaintiff is barred from recovering ex post facto under a statute that was enacted by the

25   Legislature and went into effect after the time of the conduct alleged to be in violation thereof.

26

**TENTH AFFIRMATIVE DEFENSE**

27      ANSWERING DEFENDANTS are informed and believe and thereon allege that if there

28   presently exists, or ever existed, any or all of the alleged rights, claims or obligations which

-19-

1   Plaintiff seeks, said claims or obligations are unenforceable because the written agreement is not

2   fully integrated.

3   ### ELEVENTH AFFIRMATIVE DEFENSE

4        The Plaintiff has failed to mitigate and lessen damages, if any sustained, as required by

5   law, and is barred from recovery by reason thereof against either of the ANSWERING

6   DEFENDANTS.

7   ### TWELFTH AFFIRMATIVE DEFENSE

8        ANSWERING DEFENDANTS are informed and believe and on such information and

9   belief allege that Plaintiff breached her contract, if any, with ANSWERING DEFENDANTS, and

10  that by reason of said breach of contract, ANSWERING DEFENDANTS have been excused of

11  their duties to perform all obligations set forth in said contract.

12  ### THIRTEENTH AFFIRMATIVE DEFENSE

13       ANSWERING DEFENDANTS allege that Plaintiff's actions constituted a full release

14  and waiver as to the ANSWERING DEFENDANTS of any and all claims Plaintiff may have

15  against either of the ANSWERING DEFENDANTS.

16

17

18  DATED: November 24, 2009                    EDWARD G. SCHLOSS

19

20

21  By _____

22                                          EDWARD G. SCHLOSS
                                            Attorneys for BAYVIEW LOAN SERVICING,
23                                          LLC
                                            and IB PROPERTY HOLDINGS, LLC.
24                                          <egs2@ix.netcom.com>

25

26

27

28

-20-

ANSWER BY BAYVIEW LOAN SERVICING, LLC AND IB PROPERTY HOLDINGS, LLC [CV09-3489 CRB]

1    PROOF OF SERVICE

2

3        I, NANCY CHE, certify that:

4        I am over the age of 18 and not a party to the within action; my business address is 3637

5    Motor Avenue, Suite 220, Los Angeles, California 90034.

6        On November 24, 2009, I served the within ANSWER BY DEFENDANTS

7    BAYVIEW LOAN SERVICING, LLC AND IB PROPERTY HOLDINGS, LLC TO

8    PLAINTIFF'S COMPLAINT on interested parties in this proceeding by placing a true and

9    correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States

10   Mail at Los Angeles, California addressed as follows:

11
     PLAINTIFF'S COUNSEL:
12   THE CHUGH FIRM, APC
     Inderpreet Sawhney
13   Antoinette McGill
     4800 Great America Parkway, Suite 310
14   Santa Clara, California 95054
     (also via facsimile to 408-970-0200)
15
         I declare that I am employed in the office of a member of the bar at whose direction the
16
     service was made.
17
         I certify under penalty of perjury that the foregoing is true and correct.
18
         Executed on November 24, 2009, at Los Angeles, California.
19

20

21

22

23                                    NANCY CHE

24

25

26   S:\ANS\GAGE2.ANS.wpd

27

28
                                        -21-

ANSWER BY BAYVIEW LOAN SERVICING, LLC AND IB PROPERTY HOLDINGS, LLC [CV09-3489 CRB]