IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROLYN GAGE,

    Plaintiff,

  v.

AT HOME CAPITAL, et al.,

    Defendants.

No. C 09-03489 CRB

**ORDER**

Plaintiff's request for a continuance of the hearing date on Defendants' Motion for Judgment on the Pleadings is GRANTED. The hearing scheduled for July 9, 2010 is vacated. Defendants' motion will be heard on July 30, 2010 at 10am. Plaintiff's Motion for Expedited Limited Discovery is referred to a magistrate judge.

**IT IS SO ORDERED.**

Dated: June 30, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\3489\Order Extending Time.wpd