IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN GAGE,<br><br>    Plaintiff,<br><br>v.<br><br>AT HOME CAPITAL, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-3489 CRB<br><br>**JUDGMENT** |

Defendants' motion for judgment on the pleadings having been granted as to the federal claims, judgment as to those claims is entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED.**

Dated: August 25, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\3489\Judgment.wpd